UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN E. TAYLOR, JR.,

    Plaintiff,

    v.

LISA GAYLE, *et al.*,

    Defendant.

Case No. 11-cv-104-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff John E. Taylor, Jr.'s "Motion to Object to Court's Order and Requesting Review of District Judge" (Doc. 164), which the Court construes as an objection to Magistrate Judge Philip M. Frazier's September 6, 2012, order (Doc. 162) denying Taylor's motion for discovery sanctions (Doc. 153).

A district court reviewing a magistrate judge's decision on nondispositive issues should modify or set aside that decision if it is clearly erroneous or contrary to law. See Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A). The Court may also *sua sponte* reconsider any matter determined by a magistrate judge. L.R. 73.1(a); *Schur v. L.A. Weight Loss Ctrs., Inc.*, 577 F.3d 752, 760 (7th Cir. 2009).

The Court has reviewed Taylor's motion, the defendants' responses and Magistrate Judge Frazier's order. That order was not clearly erroneous or contrary to law. For this reason, the Court **AFFIRMS** Magistrate Judge Frazier's September 6, 2012, order (Doc. 162) and **OVERRULES** Taylor's objection (Doc. 164).

**IT IS SO ORDERED.**
**DATED:  September 17, 2012**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**