UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN E. TAYLOR, JR.<br><br>    Plaintiff,<br><br>        v.<br><br>LISA GAYLE, DR FEINERMAN, MAJOR BROWN, OFFICER MONROE, KIM BUTLER, BRUCE FRY and JOHN DOES,<br><br>    Defendants. | Case No. 11-cv-104-JPG-PMF |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count 1 (deliberate indifference to serious medical needs by failing to provide medication in violation of the Eighth Amendment) is entered in favor of defendants Lisa Gayle, Dr. Feinerman, Officer Monroe and Kim Butler and against plaintiff John E. Taylor, Jr.;

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- Count 2 (failure to act to ensure others provided medication in violation of the Eighth Amendment) against defendants Dr. Feinerman and Major Brown; and

- Count 4 (excessive force during assault in violation of the Fourth Amendment) against defendant Bruce Fry;

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Count 5 (conditions of confinement for denial of access to restroom in violation of the Eighth Amendment) against defendants Officer Monroe and Major Brown; and

- All claims against John Doe defendants.

Count 3 has been severed from this case and filed as a separate case, *Taylor v. Brown*, 11-cv-631-GPM.  Taylor's Second Amended Complaint purports to add additional claims to this case, but the Court did not permit Taylor to add those claims, so they have not been considered in this proceeding.

**DATED: March 7, 2013**         **NANCY J. ROSENSTENGEL, Clerk of Court**


                         **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**    s/J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**